No. 97–7294. HALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7295. HOWARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7296. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7297. NURU *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7299. LOSOYA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7301. DORSEY *v.* RUTHERFORD COUNTY, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7302. SOTO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7305. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7306. PINTO *v.* STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7307. ODANUYI *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7308. WEINTRAUB *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 97–7309. TABRON *v.* HOOD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7312. LEISINGER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7313. O'DNEAL *v.* ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.